# EXHIBIT A



# NASSAU DISTRICT COURT

99 Main Street, Hempstead, NY 11550

Phone: (516) 493-4200

Court ORI: NY029013J

# FEE
## Non-Public
## Version

| The People of the State of New York<br>vs.<br>**Jennilee Tooher** | **Certificate of Disposition**<br>Docket Number:  **CR-019205-18NA**<br><br>CJTN:  068684775P<br>NYSID:  11620541Z |
| --- | --- |

Defendant DOB: **03/29/1982**          Arrest Date: **07/25/2018**     Arraignment Date: **07/26/2018**

THIS IS TO CERTIFY that the undersigned has examined the files of the **Nassau District Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
| --- | --- | --- | --- | --- |
| 2 | PL 220.03 AM Crim Poss Contrl Subst-7th | AM | Covered by (Count #1) | 12/17/2018 |

| Count # | Incident Date | Sentence Charge | Charge Description | Charge Weight | Conviction Type | Conviction/ Sentence Date | Sentence Highlight |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 07/25/2018 | PL 220.03 | Crim Poss Contrl Subst-7th | AM | Pled Guilty | 12/17/2018 | • Fee (DNA ($50.00) - due 12/17/2018)<br>• License Suspended (6 Months)<br>• Surcharge (CVAF ($25.00), MS ($175.00) - due 12/17/2018)<br>• Imprisonment (4 months) |

**A balance remains due and owing for fines, fees and/or surcharges imposed at sentence.**

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated: **September 17, 2021** _____          **ANGELA DILIBERTI**

_____
**Chief Clerk/Clerk of the Court**

### CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 —including any appearing on this certificate of disposition— are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute.
Conviction charges may not be the same as the original arrest charges.
Charges may not be the same as the original arrest charges.