# EXHIBIT B

# COUNTY OF NASSAU
# OFFICE OF THE SHERIFF



## PROOF OF INCARCERATION

Thursday, August 19, 2021

To Whom It May Concern,

TOOHER, JENNILEE   #2009020178

DOB: 03/29/82

77 TERRACE AVE 2F

HEMPSTEAD, NY 11756

has been incarcerated in the Nassau County Jail in East Meadow, New York, from

7/26/2018 to 8/29/2018.

jolle

Nassau County Jail