UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X

JENNILEE TOOHER,

                                         Plaintiff,

-against-

VILLAGE OF HEMPSTEAD, VILLAGE OF
HEMPSTEAD POLICE DEPARTMENT, VILLAGE OF
HEMPSTEAD POLICE CHIEF PAUL JOHNSON,
VILLAGE OF HEMPSTEAD POLICE OFFICER JACK
GUEVREKIAN, VILLAGE OF HEMPSTEAD POLICE
OFFICER JOHN DOES #1-5, individually,

                                         Defendants.

------------------------------------------------------------------------- X

**Docket No.: 21-CV-4268
(NJC)(JMW)**

**DECLARATION OF
SPENCER D. SHAPIRO
IN SUPPORT OF
PLAINTIFF'S
MOTION FOR
RECONSIDERATION**

SPENCER D. SHAPIRO, an attorney admitted to practice in the United States District

Court for the Eastern District of New York, declares, pursuant to 28 U.S.C. § 1746, under penalty

of perjury, as follows:

1.      I am Counsel with The Russell Friedman Law Group, LLP, the last attorneys of

record for Plaintiff Jennilee Tooher ("Plaintiff" or "Decedent"), in the above-captioned action, and

fully familiar with all of the facts and circumstances stated herein. Said familiarity is based upon

the contents of the file my office maintains on this matter.

2.      This Declaration is respectfully submitted in support of Plaintiff Jennilee Tooher's

motion pursuant to Local Rule 6.3 for: (1) an order reconsidering the Court's October 24, 2023

decision, excusing Plaintiff's late filing and granting Plaintiff additional time to file the motion for

substitution and (2) for such other and further relief as this Court deems just and proper.

3.      Attached hereto as **Exhibit "A"** is the Declaration of Sheetal Paul.

4.      As set forth more fully in the accompanying Memorandum of Law, Plaintiff

respectfully requests an Order: (1) granting reconsideration of Plaintiff's motion for an extension

to file the substitution and (2) for such other and further relief as this Court deems just and proper is warranted in the instant case.

      **WHEREFORE**, Plaintiff Jennilee Tooher respectfully requests that the Court issue an Order granting Plaintiff's motion in its entirety, and for such other and further relief as this Court deems just and proper.

Dated: Garden City, New York
       November 7, 2023

                        By:    */s/Spencer D. Shapiro*
                                Spencer D. Shapiro